UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

THE POWER SUMMIT INC.,               :       08 Civ.

      Plaintiff,                              :

-against-                                      :       **RULE 7.1 STATEMENT**

YARI FILM GROUP RELEASING, LLC

      Defendant.
-------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff **The Power Summit, Inc.** (a private, non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

**NONE**

Dated:   New York, New York
         July 30, 2008

                                    EISENBERG TANCHUM & LEVY
                                    Attorneys for Plaintiff

                                    Stewart L. Levy (SLL-2892)
                                    675 Third Avenue, Suite 2900
                                    New York, NY 10017
                                    (212) 599-0777
                                    SLevy@etllaw.com