UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney:  EISENBERG,TANCHUM & LEVY

---

THE POWER SUMMIT, INC.

                                                    Plaintiff(s)   :       Index # 08 CIV 6854

                        - against -

                                                                            Purchased July 31, 2008

YARI FILM GROUP RELEASING, LLC

                                                    Defendant(s)

                                                                            **AFFIDAVIT OF SERVICE**

---

STATE OF California : COUNTY OF Orange ss:

John Gonzalez  BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT  4122 E. Chapman Ave. Ste. 24, Orange, CA 92869

That on August 15, 2008 at 03:34 PM at

10850 WILSHIRE BOULEVARD
6TH FLOOR
LOS ANGELES, CA 90024

deponent served the within SUMMONS AND COMPLAINT on YARI FILM GROUP RELEASING, LLC therein named.

        BY LEAVING A TRUE COPY WITH ELIZABETH BELL, MANAGER, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

        Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|-----------|--------------|-----------------|----------------|
| FEMALE | WHITE | BROWN | 45 | 5'10 | 160 |

        That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  August 20, 2008

Notary:  Tamara Morales

                                                                Server: John Gonzalez

                                                                Invoice #: 467328

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011